# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET CARTER | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-cv-2927 |
| UNITED STATES OF AMERICA | : |

## ORDER

AND NOW, this 20th day of August, 2010, upon consideration of Defendant's Motion To Transfer the Case to the District of New Jersey (Doc. No. 4) and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is DENIED for the reasons set forth in the attached Memorandum.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2927 Carter v. United States\Carter v US - Order Mot Transfer.wpd