IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET CARTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-2927 |
| UNITED STATES OF AMERICA | : | |

ORDER RE: DEFENDANT'S MOTION
FOR JUDGMENT ON PARTIAL FINDINGS

AND NOW, this 27th day of December, 2011, upon consideration of the Motion for Judgment on Partial Findings filed by Defendant United States of America ("Defendant" or the "government"), pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, the evidence presented at trial and the parties' post-trial briefing, and for the reasons set forth in the accompanying memorandum of law, which constitute the Court's findings of fact and conclusions of law pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the government's Motion for Judgment on Partial Findings is GRANTED.

It is further ORDERED that the government's Motion for Summary Judgment (ECF No. 21), pursuant to Rule 56 of the Federal Rules of Civil Procedure, is DENIED as moot.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2927 Carter v. United States\Order re Mot Judgment Partial Findings.wpd